United States Court of Appeals
Fifth Circuit

**F I L E D**

April 21, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-60727
Conference Calendar

HARRY SCHREIBER,

                                    Petitioner-Appellant,

versus

BUREAU OF PRISONS,

                                    Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:01-CV-82-RG
- - - - - - - - - -

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

    Harry Schreiber, federal prisoner #40454-004, appeals the

district court's dismissal of his 28 U.S.C. § 2241 petition in

which he challenged (1) the disciplinary hearing finding that he

was guilty of unauthorized communications and giving and

receiving of money; and (2) the resulting sanction that included

the loss of 21 days of good-time credit.  When his pro se briefs

are construed liberally, Schreiber contends only that he was

deprived of due process because the evidence was insufficient to

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

support his conviction on the disciplinary charge.  The record indicates that the disciplinary hearing officer's decision was supported by some evidence.  See <u>Superintendent, Mass. Correctional Inst. v. Hill</u>, 472 U.S. 445, 455 (1985); <u>Reeves v. Pettcox</u>, 19 F.3d 1060, 1062 (5th Cir. 1994).

AFFIRMED.